| | | |
|---|---|---|
| Preauthorized Debit | | - $2,797.52 |
| Trumark Ecm Ecm | | |
| 02/08/21 | | -$482.19 |
| DBT Purchase | | - $80.00 |
| Cash App*heidi Dou8774174551 Ca 6550 | | |
| 02/08/21 | | $2,315.33 |
| DBT Purchase | | - $1.00 |
| Cash App*heidi Dou8774174551 Ca 6550 | | |
| 02/08/21 | | $2,395.33 |
| DBT Purchase | | - $200.00 |
| Cash App*heidi Dou8774174551 Ca 6550 | | |
| 02/08/21 | | $2,396.33 |
| DBT Purchase | | - $200.00 |
| Cash App*heidi Dou8774174551 Ca 6550 | | |
| 02/08/21 | | $2,596.33 |
| DBT Purchase | | - $13.77 |
| Wawa 54 0000havertown Pa 6550 | | |
| 02/08/21 | | $2,796.33 |
| ATM Cash | | - $400.00 |
| 160 West Eagle Rd.havertown Pa 6550 | | |
| 02/08/21 | | $2,810.10 |
| DBT Purchase | | - $16.92 |
| Wawa 54 0000havertown Pa 6550 | | |
| 02/08/21 | | $3,210.10 |
| POS Credit | | $102.96 |
| Paypal*doigherty Hsan Jose Ca 6550 | | |