**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>HEIDI DOUGHERTY<br>MICHAEL J DOUGHERTY | Chapter 13 |
| Debtor | Bankruptcy No. 20-14619-MDC |

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

March 11, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
HEIDI DOUGHERTY
MICHAEL J DOUGHERTY
1215 EDGEWOOD ROAD

HAVERTOWN, PA 19083