# Citizens Bank

**OFFICIAL CHECK**

057-0012
0115

April 12 2021

5166 4211-0

PAY   **** $8,860.00 **** DOLLARS

TO THE
ORDER OF   * Trustee *   "William C. Miller"

MEMO: Case: 20-14619
Heidi & Michael Dougherty
1215 Edgewood Rd. Havertown Pa 19083

Drawer: Citizens Bank, N.A.

PG
977

AUTHORIZED SIGNATURE

⑆5166 4211⑆ ⑉031150012⑉ 20752164⑈