UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Heidi Dougherty | : | Chapter 13 |
|    Michael J. Dougherty | : | Case No.: 20-14619-MDC |
|    Debtor | : | |

### ORDER GRANTING DEBTORS' REQUEST FOR AN EXPEDITED HEARING

AND NOW, this __13th__ day of __April__ 2021, upon consideration of the Debtors' Motion for an Expedited Hearing to Reopen the Case and Vacate Order Granting Dismissal, it is hereby:

ORDERED and DECREED that a hearing will take place on:

Date: __April 15, 2021__

Time: __12:30 p.m.__

Debtor's Counsel shall serve this order (and a copy of the Motion) via facsimile, email or overnight mail on or before 5:00 p.m. on April 13, 2021, on all interested parties, and the Chapter 13 Standing Trustee

DATE: _____

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE