**Fwd: USPS eReceipt**

Heidi Dougherty <heididoughertyrph4@gmail.com>
Mon 4/12/2021 11:37 AM

To: Info <Info@sadeklaw.com>

This is the receipt for next day delivery in case you need to send to trustee

---------- Forwarded message ---------
From: <DoNotReply@ereceipt.usps.gov>
Date: Mon, Apr 12, 2021 at 11:25 AM
Subject: USPS eReceipt
To: <HEIDIDOUGHERTYRPH4@gmail.com>

USPSlogo

HAVERTOWN
444 E TOWNSHIP LINE RD
HAVERTOWN, PA 19083-9998
(800)275-8777

04/12/2021                                11:25 AM
-------------------------------------------------
Product          Qty    Unit    Price
                        Price
-------------------------------------------------
PM Express 1-Day  1             $31.35
Flat Rate Env
  Memphis, TN  38101
  Flat Rate
  Signature Waiver
  Scheduled Delivery Date
    Tue 04/13/2021 10:30 AM
  Money Back Guarantee
  Tracking #:
    EJ545775733US
  Insurance                      $0.00
    Up to $100.00 included
Total                           $31.35

-------------------------------------------------
Grand Total:                    $31.35
-------------------------------------------------
Debit Card Remitted             $31.35
  Card Name: VISA
  Account #: XXXXXXXXXXXX4893
  Approval #: 110653
  Transaction #: 611
  Receipt #: 022280
  Debit Card Purchase: $31.35
  AID: A0000000980840      Chip
  AL: US DEBIT
  PIN: Verified
-------------------------------------------------

*****************************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
*****************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm

Text your tracking number to 28777 (2USPS)