UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>   Heidi Dougherty<br>   Michael J. Dougherty<br>   Debtor | :<br>:<br>:<br>: | Chapter 13<br>Case No.: 20-14619-MDC |
|---|---|---|

### O R D E R

AND NOW, this __15th__ day of _____April_____, 2021 upon consideration of the Motion to Reopen Case and Vacate Dismissal Order filed on April 12, 2021 and Hearing thereon which was held on April 15, 2021, it is hereby:

ORDERED that the Delaware County, Pennsylvania Sheriff Sale on the real property known as and located at 1215 Edgewood Road Havertown, PA 19083 shall be continued to June 18, 2021. It is further ORDERED that the instant Motion to Reopen Case and Vacate Dismissal Order shall be continued to June 8, 2021 at 11:00AM

FURTHER ORDERED:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE