# MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

Debtor Name: Heidi Dougherty
Case No.:
Business Name: Sure Solution Enterprises LLC
For the Month & Year (1/11, etc.): 5/2021

### BUSINESS INCOME
(1) Actual Income from Sales & Service    $ 10,000
(2) Other (Specify)                        $
(3) Other (Specify)                        $
(4) Total Gross Revenue                    $ 10,000
(1+2+3)

### ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease                             $
(6) Utilities (Electricity, Gas, Water)    $
(7) Telephone                              $
(8) Insurance                              $
(9) Wages for Employees                    $
(10) Business Tax                          $
(11) Sales Tax                             $
(12) Employment Taxes                      $
(13) Gas & Fuel for Business Vehicles      $ 100
(14) Office Equipment                      $ 200
(15) Advertising                           $ 500
(16) Professional Fees                     $
(17) Office Supplies                       $
(18) Other (Specify)                       $
(19) Other (Specify)                       $
(20) Other (Specify)                       $
(21) Total Business Expenses (Lines 5      $ 800
through 20 added together)

(22) Total Net Monthly Income              $ 9,200
(Line 4 – Line 21)